# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MANUEL ARELLANO,<br><br>                Petitioner,<br><br>   v.<br><br>JAMES WALKER, Warden,<br><br>                Respondent. | 1:06-cv-01179 AWI-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 16)<br><br>ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 15)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On May 20, 2008, the Magistrate Judge assigned to the case issued Findings and Recommendations recommending that the amended petition for writ of habeas corpus be dismissed with prejudice. (Doc. 16). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. The operative amended complaint contains at least one unexhausted claim. Petitioner

had been previously warned about including unexhausted claims in his habeas petition. The Court will adopt the Findings and Recommendation and dismiss the complaint, but will do so without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 20, 2008 (Doc. 16), are ADOPTED as described above;

2. This amended petition for writ of habeas corpus (Doc. 15), is DISMISSED without prejudice; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file. This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **July 11, 2008**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE