UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MANUEL ARELLANO,<br><br>         Petitioner,<br><br>  v.<br><br>JAMES WALKER, Warden,<br><br>         Respondent. | 1:06-cv -01179-AWI-TAG HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION TO RETURN EVIDENCE (Doc. 7) AND MOTION TO RELEASE VERBAL EVIDENCE (Doc. 12) |

    Petitioner is a state prisoner who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**DISCUSSION**

    Petitioner is currently in the custody of the California Department of Corrections and Rehabilitation pursuant to a January 13, 2005 judgment of conviction by the Superior Court of California, County of Fresno   (Doc. 15).  On August 31, 2006, Petitioner filed a petition for writ of habeas copus in this action, and on March 26, 2008, filed an amended petition.  (Docs. 1, 15).

    On October 30, 2007, Petitioner filed a motion to release or return of all evidence seized in the underlying crime for which Petitioner was convicted.  (Doc. 7).  On January 14, 2008, Petitioner filed a motion asking for the "release of verbal evidence."  (Doc. 12).

///

On May 20, 2008, the Court issued findings and recommendations recommending that the petition be dismissed as a mixed petition, after giving Petitioner an opportunity to withdraw his unexhausted claims and proceed on the exhausted claims. (Doc. 16). On July 14, 2008, the findings and recommendations were adopted by the District Judge, the case was dismissed without prejudice, and judgment was entered accordingly. (Docs. 19, 20). Therefore, Petitioner's pending motions regarding the return and/or release of evidence are now moot.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion to return evidence (Doc. 7), is DENIED as MOOT; and,

2. Petitioner's motion to release verbal evidence (Doc. 12), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **July 23, 2008**                                              **/s/ Theresa A. Goldner**
                                                                        UNITED STATES MAGISTRATE JUDGE